RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 01 2023

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

_____Atlanta_____ Division

| | |
|---|---|
| Glover: Emanuel-Levar Pro Se ) | Case No. 1:23-CV-5500 |
| ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | Jury Trial: *(check one)* [4] Yes [ ] No |
| -v- ) | |
| The LCF GROUP INC, ROBERT KLEIBER, in his CFO and personal capacity, ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Glover: Emanuel-Levar Pro Se |
   | Street Address | 265 Concord Ln |
   | City and County | Jonesboro, Clayton |
   | State and Zip Code | Georgia, 30238 |
   | Telephone Number | 4704643177 |
   | E-mail Address | Emanuelglover5@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Lcf group Inc |
| Job or Title *(if known)* | |
| Street Address | 3000 Marcus Ave Suite 2W15 |
| City and County | Lake Success, Nassau |
| State and Zip Code | NY, 11042 |
| Telephone Number | 8884992939 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | ROBERT KLEIBER |
| Job or Title *(if known)* | CFO |
| Street Address | 3000 Marcus Ave Suite 2W15 |
| City and County | Lake Success, Nassau |
| State and Zip Code | NY, 11042 |
| Telephone Number | 8884992939 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[4] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1. 15 USC 689n,
2. Racketeer influenced and corrupt organizations ACT 18 USC 1961 to 1967
3. Dodd Frank Wall Street Reform and Consumer Protection Act of 2010
4. Securities ACT of 1933

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.     The Amount in Controversy

        The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The LCF GROUP INC,ROBERT KLEIBER,has violated my securities, Their actions from 09/22/2022 to present with my account have failed to comply with the disclosure and reporting requirements mandated, thus depriving me of necessary information and protections.
2. The LCF GROUP INC,ROBERT KLEIBER, violated my rights by the rate of interest determined to be usurious
3 The LCF GROUP INC,ROBERT KLEIBER. Their actions have disregarded the provisions aimed at increasing transparency, regulating financial institutions, and protecting consumers. Since 09/22/2022 to presentince.
4 The LCF GROUP INC,ROBERT KLEIBER,has violated my securities, Their actions from 09/22/2022 to present with all my accounts have failed to comply with the disclosure and reporting requirements mandated, thus depriving me of necessary information and protections

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek relief regarding the actions of The LCF GROUP INC,ROBERT KLEIBER, which have caused harm and damage to my family's well-being. I request that THE LCF GROUP INC, under the signature of ROBERT KLEIBER, fully comply with all accounting practices mandated by federal law to ensure the protection of my securities. Additionally, I demand rectification for any wrongdoing that has occurred. I am also seeking criminal charges against the responsible parties. I request 1 million lawful money, denominated in gold and silver, as compensation.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/30/2023

Signature of Plaintiff  *Earl L. [signature]  ucc 1-308*
Printed Name of Plaintiff

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address