IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMANUEL LEVAR GLOVER,<br><br>  Plaintiff,<br><br>v.<br><br>THE LCF GROUP INC. and ROBERT KLEIBER,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>No. 1:23-CV-05500-SCJ |

### ORDER

This matter appears before the Court its Order of January 19, 2024. Doc. No. [4]. Because Plaintiff has failed to comply with the Court's January 19, 2024 Order, and amend his Complaint to correct the identified deficiencies, in accordance with Local Rules 16.5 and 41.4(A)(2), this Case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with the Court's Order.

IT IS SO ORDERED this __26th__ day of February, 2024.

_____
HONORABLE STEVE C. JONES
United States District Judge