**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EMANUEL LEVAR GLOVER,<br>　　　　　Plaintiff,<br><br>vs.<br><br>THE LCF GROUP INC., et al.,<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-5500-SCJ |

### J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on the Court's Order of January 19, 2024 directing the filing of an amended complaint, and Plaintiff having failed to file such pleading, it is

**Ordered and Adjudged** that the action be **dismissed without prejudice** pursuant to Local Rules 16.5 and 41.4(A)(2) for Plaintiff's failure to comply with the Court's Order.

Dated at Atlanta, Georgia, this 27th day of February, 2024.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　　s/D. McGoldrick　　
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 27, 2024
Kevin P. Weimer
Clerk of Court

By: s/ D. McGoldrick
　　　Deputy Clerk

Case 1:23-cv-05500-SCJ     Document 6     Filed 02/27/24     Page 2 of 2